**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.      : CASE NO: 1:13-CR-63 (2)
             : JUDGE DLOTT
**RUEY TSAI,**      : MAGISTRATE JUDGE MERZ
**SSN: \*\*\*-\*\*-4582**

    **Defendant.**

    **and**

**U.S. BANCORP,**

    **Garnishee.**

## AMENDED ORDER FOR A WRIT OF GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

July 18, 2018.

                                                   s/ *Michael R. Merz*
                                                   United States Magistrate Judge